IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK BARTELL, ET. AL.,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiffs** | : | |
| v. | : | |
| | : | **NO. 19-6056** |
| **COMMUNITY COLLEGE OF PHILADELPHIA** | : | |
| | : | |
| **Defendants** | : | |

| | | |
|---|---|---|
| **CAROL STEIN, ET. AL.,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiffs** | : | |
| | : | |
| v. | : | **NO. 19-6057** |
| | : | |
| **COMMUNITY COLLEGE OF PHILADELPHIA** | : | |
| | : | |
| **Defendants** | : | |

| | | |
|---|---|---|
| **MARGARET STEPHENS, ET. AL.,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiffs** | : | |
| | : | |
| v. | : | **NO. 20-1659** |
| | : | |
| **COMMUNITY COLLEGE OF PHILADELPHIA** | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

**AND NOW,** this 7th day of October, 2024, upon consideration of Defendant, Community College of Philadelphia's Motion(s) for Summary Judgment (ECF No. 68 in Civ. A. No. 19-6056, No. 66 in Civ. A. No. 19-6057, and No. 66 in Civ. A. No. 20-1659), and Plaintiffs' Response(s)

thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**, and Judgment in favor of Defendant is **ENTERED** as a matter of law on all counts in the Plaintiffs' Amended Complaints.

It is further **ORDERED** that the Clerk of Court shall mark this case **CLOSED.**

                                                    **BY THE COURT:**

                                          */s/  Mitchell S. Goldberg*
                                          _____
                                          **Mitchell S. Goldberg,     J.**